# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Shawn Blankenship,<br><br>　　　Plaintiff,<br><br>v.<br><br>GLA Collection Company, Inc.,<br><br>　　　Defendant. | Case No.  1:16-cv-02369-SEB-MJD<br><br>Judge:  Sarah Evans Barker<br><br>Magistrate Judge: Mark J. Dinsmore<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Date: October 10, 2016　　　　　　　By: */s/ Jeffrey S. Hyslip*
　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip, Esq.
　　　　　　　　　　　　　　　　　　　HYSLIP & TAYLOR, LLC, LPA
　　　　　　　　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　　　　　　　　Phone: 312-380-6110
　　　　　　　　　　　　　　　　　　　Fax: 312-361-3509
　　　　　　　　　　　　　　　　　　　Email: jeffrey@lifetimedebtsolutions.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Peter A. Velde
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN  46204
pvelde@k-glaw.com

Counsel for Defendant

                       */s/ Jeffrey S. Hyslip*