Acknowledged:
Date: 10/14/2016

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shawn Blankenship, <br><br> Plaintiff, <br><br> v. <br><br> GLA Collection Company, Inc., <br><br> Defendant. | Case No. 1:16-cv-02369-SEB-MJD <br><br> Judge: Sarah Evans Barker <br><br> Magistrate Judge: Mark J. Dinsmore <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: October 10, 2016

By: */s/ Jeffrey S. Hyslip*
Jeffrey S. Hyslip, Esq.
HYSLIP & TAYLOR, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Peter A. Velde
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN  46204
pvelde@k-glaw.com

Counsel for Defendant

                                  */s/ Jeffrey S. Hyslip*